Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 6/30/2009**

**Chapter 13 Case # 08-31669**

Atty:  STEVEN B STEIN ESQ
114 OLD BLOOMFIELD AVE
PARSIPPANY, NJ  07054

Re:  DONALD SISTI
LISA SISTI
5 LOYOLA PLACE
OAKLAND, NJ  07436

## RECEIPTS AS OF 6/30/2009   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/14/2009 | $450.00 | 13505 | 05/05/2009 | $150.00 | 58300920040 |
| 06/09/2009 | $150.00 | 102562031770 | | | |

**Total Receipts: $750.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $750.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 6/30/2009   (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 0.00 | TBD |
| ATTY | ATTORNEY(S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMERICAN EXPRESS BANK | UNSECURED | 26,937.88 | 0.00% | 0.00 | 0.00 |
| 0003 | ARETT SALES CORP. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | BRAEN SUPPLY INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | ECAST SETTLEMENT CORP | UNSECURED | 5,867.61 | 0.00% | 0.00 | 0.00 |
| 0006 | CHASE HOME FINANCE LLC | MORTGAGE ARREA | 804.18 | 100.00% | 0.00 | 0.00 |
| 0007 | RESURGENT ACQUISITION LLC | UNSECURED | 2,339.85 | 0.00% | 0.00 | 0.00 |
| 0008 | RESURGENT ACQUISITION LLC | UNSECURED | 23,021.15 | 0.00% | 0.00 | 0.00 |
| 0009 | COMMERCE BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | DISCOVER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | FORD MOTOR CREDIT CO | UNSECURED | 6,909.30 | 0.00% | 0.00 | 0.00 |
| 0013 | HOME DEPOT CREDIT SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | INGERSOLL-RAND FINANCIAL SERVICES | VEHICLE SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | J.O.C. CONSTRUCTION CORP. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0018 | RESURGENT ACQUISITION LLC | UNSECURED | 1,008.73 | 0.00% | 0.00 | 0.00 |
| 0019 | RICHARD CORDING | UNSECURED | 17,076.35 | 0.00% | 0.00 | 0.00 |
| 0021 | STONE INDUSTRIES INC | UNSECURED | 15,434.24 | 0.00% | 0.00 | 0.00 |
| 0023 | GMAC | VEHICLE SECURED | 521.45 | 100.00% | 0.00 | 0.00 |
| 0024 | GE CONSUMER FINANCE | UNSECURED | 3,074.13 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 08-31669**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0025 | RESURGENT ACQUISITION LLC | UNSECURED | 9,178.63 | 0.00% | 0.00 | 0.00 |
| 0026 | RESURGENT ACQUISITION LLC | UNSECURED | 5,793.23 | 0.00% | 0.00 | 0.00 |
| 0027 | CHASE HOME FINANCE LLC | MORTGAGE ARREA | 4,261.96 | 100.00% | 0.00 | 0.00 |
| 0028 | COMMERCE BANK | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | LVNV FUNDING LLC | UNSECURED | 26,225.22 | 0.00% | 0.00 | 0.00 |
| 0030 | CHASE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0031 | CITI CARDS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0032 | CITI CARDS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0033 | CITI CARDS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0034 | CITI HEALTH CARD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0035 | HSBC BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0036 | HSBC BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0037 | ECAST SETTLEMENT CORPORATION | UNSECURED | 1,961.90 | 0.00% | 0.00 | 0.00 |
| 0038 | ECAST SETTLEMENT CORPORATION | UNSECURED | 2,000.02 | 0.00% | 0.00 | 0.00 |
| 0039 | MARLIN LEASING CORP. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0040 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0041 | RADIO SHACK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0042 | SEARS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0043 | SHEFFIELD FINANCIAL LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0044 | ROUNDUP FUNDING LLC | UNSECURED | 2,285.55 | 0.00% | 0.00 | 0.00 |
| 0045 | WFNNB/FORTUNOFF | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0046 | WRIGHT EXPRESS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0047 | TD BANK NA | MORTGAGE ARREA | 1,127.98 | 100.00% | 0.00 | 0.00 |
| 0048 | ECAST SETTLEMENT CORP | UNSECURED | 1,025.71 | 0.00% | 0.00 | 0.00 |
| 0049 | ECAST SETTLEMENT CORP | UNSECURED | 3,574.24 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $0.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: July 13, 2009.

Receipts: $750.00          -     Paid to Claims: $0.00     -     Admin Costs Paid: $0.00     =     Funds on Hand: $900.00

**\*NOTE**:   THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.